FILED
05/28/2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

***Norfolk Division***

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 2:25-cr-116** |
| | ) | |
| **v.** | ) | **21 U.S.C. §§ 846 and 841(a)(1)** |
| | ) | **Attempt to Possess with Intent to** |
| **MONET CHERRY,** | ) | **Distribute Cocaine** |
| | ) | **(Count 1)** |
| ***Defendant.*** | ) | |
| | ) | **21 U.S.C. § 853** |
| | ) | **18 U.S.C. § 924(d)** |
| | ) | **Forfeiture** |

**CRIMINAL INFORMATION**

THE UNITED STATES CHARGES THAT:

COUNT ONE

On or about March 17, 2025, at Norfolk in the Eastern District of Virginia, the defendant, MONET CHERRY, did knowingly and intentionally attempt to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(B).)

FORFEITURE

1. The defendant, MONET CHERRY, if convicted of the violation alleged in this Criminal Information, as part of the sentencing of the defendant, pursuant to Fed. R. Crim. P. 32.2 and 21 U.S.C. § 853, shall forfeit to the United States:

a. Any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation;

b. Any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violation; and,

2. The defendant, MONET CHERRY, if convicted of the violation alleged in this Criminal Information, shall forfeit to the United States any firearm or ammunition used in or involved in the violation.

3. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Fed. R. Crim. P. 32.2(e).

(All in accordance with Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d); and Title 28, United States Code, Section 2461(c).)

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

By: ______________________________

Nikolas Nelson
Special Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000 Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address – nikolas.nelson@usdoj.gov