Rev 3/2024

COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk Division

# SENTENCING MINUTES

| | | | |
|---|---|---|---|
| Set: | 10:00 a.m. | Date: | September 16, 2026 |
| Started: | 9:55 a.m. | Judge: | Elizabeth W. Hanes, USDJ |
| Ended: | 10:30 a.m. | Court Reporter: | Jill Trail |
| | | U.S. Attorney: | Hannah Wirt, AUSA and Matthew Heck, AUSA |
| | | Defense Counsel: | Harry Harmon, CJA |
| | | Courtroom Deputy: | I. Shaw |
| | | Probation Officer: | Nicole Pender |
| Case No. | 2:25cr116-004 | | |
| Defendant: | Monet Cherry | ☐ In Custody | ☒ On Bond |

☒ Came on for disposition.

☒ Deft satisfied with advice, counsel, and effectiveness of counsel.

☒ Court adjudged deft. guilty of count 1 of the Criminal Information by Order filed 6/16/2026

☐ Govt/Deft's ☐ motion for downward departure.
☐ motion for acceptance of responsibility.

☒ Maximum penalties placed on the record.

☒ Presentence Report reviewed. ☐ Objections heard and rulings made.

☒ Court adopts PSR for the purpose of establishing the advisory guidelines.

☐ Evidence presented. (Witnesses and exhibits listed on last page)

☒ Arguments of counsel heard. ☒ Statement of deft. heard.

# SENTENCING GUIDELINES :

Offense Level: 21
Criminal History: I
Imprisonment Range: 37 to 46 months
Supervised Release: Not more than 5 years
Fine Range: $ 15,000 to $ 5,000,000
Restitution $ N/A
Special Assessment: $ 100

# IMPRISONMENT:

SENTENCE: The deft. shall be committed to the custody of the BOP to be imprisoned for a total term of 30 months with credit for time served.

☐ The deft. is remanded to the custody of the U.S. Marshal.

☒ The defendant shall surrender for service of the sentence at the institution designated by the BOP/U.S. Marshal or shall report to the United States Marshal at 600 Granby Street, Norfolk, VA, if no institution has been designated, by 12:00 PM on October 16, 2026.

☒ Court recommends to the Bureau of Prisons:

☒ The deft. be incarcerated as close as possible to Norfolk, Virginia.

☒ The deft. undergo a mental health evaluation and receive mental health treatment and counseling.

☒ The deft. be enrolled in an educational or vocational skill program.

☐ The deft. be enrolled in substance abuse treatment and counseling program, to include the 500 hour Residential Drug Abuse Program (RDAP) if he/she qualifies and volunteers.

☐ The deft. be evaluated for a substance abuse treatment program.

☐ The deft. be enrolled in a GED/educational program.

☐ The deft. be enrolled in a drug education program.

☐ The deft. be enrolled in a 500-hour Residential Drug Abuse Program (RDAP) if he/she qualifies and volunteers.

## SUPERVISED RELEASE:

☒ Upon release from imprisonment, the deft. shall be on supervised release for a term of 4 years.

## Standard Conditions of Supervised Release/Probation:

The defendant must report to the probation office in the federal judicial district where he/she is authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs he/she to report to a different probation office within a different time frame.

While on supervised release, the defendant shall not commit another federal, state, or local crime.

While on supervised release, the defendant shall not illegally possess a controlled substance.

While on supervised release, the defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

The deft. shall refrain from any unlawful use of a controlled substance and submit to periodic drug testing upon commencement of supervised release, as directed by the probation officer.

## Special Conditions of Supervised Release/Probation:

☒ While on supervised release the defendant shall comply with all the mandatory conditions of supervised release outlined in the PSR. In addition, the defendant shall comply with the standard and special conditions of supervised release that are outlined in the PSR and are hereby adopted by the Court.

Rev 3/2024

# FINANCIAL PENALTIES

## SPECIAL ASSESSMENT:

☒ As to count 1 ,the deft shall pay a special assessment in the amount of $100.00 .

☐ As to count ______ ,the deft shall pay a special assessment in the amount of ______ .

The total special assessment due is $100.00 and shall be due in full immediately.

Any balance remaining unpaid on the fine/special assessment at the inception of supervision, shall be paid by the deft. in installments of not less than $25.00 per month, until paid in full. Said payments shall commence sixty (60) days after defts. supervision begins.

## FINE:

☒ Court finds deft. is unable to pay fine.

☐ The deft. shall pay a fine in the amount of $______________.

## RESTITUTION:

☐ The deft. shall make restitution in the amount of $________________.

☐ Interest waived.

☐ Restitution Judgment Order, entered and filed in open court.

☐ Restitution should be paid joint and severally with ______________________.

☒ The deft. notified of right of appeal within 14 days.

☒ On motion of gov't, remaining counts dismissed.

☒ The deft. is continued on present bond and cautioned re bail jumping.

☐ Consent Order of Forfeiture entered and filed in open court.

## Additional Counts/Comments:

Rev 3/2024

# WITNESSES:

Government:

Defendant:

# EXHIBITS:

Government:

Defendant: